RONALD C. SCOTT, as Administrator of the Estate of MARY SCOTT, Deceased, Respondent, v. ALYCE E. MILLER et al., Appellants.— Motion for reargument denied. [See 267 App. Div. 1036.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

EDWARD J. SHEA, Respondent, v. BIG ELM DAIRY Co., INC., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. All concur, except Taylor, J., who dissents and votes for granting a reargument. [See 267 App. Div. 1036.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

SCOTT C. ROSS, Respondent, v. CONDENSER & HEATER MANUFACTURING CORPORATION, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1037.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

In the Matter of JOSEPH F. BOHN, Appellant, against THOMAS W. H. JEACOCK et al., Constituting the Erie County Department of Social Welfare, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1039.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN RENSSELAER L. WATERS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1042.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ARUNDEL CORPORATION, Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 25463.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1045.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

In the Matter of the Will of BERTHA L. HODGES, Deceased. MARCELLA H. CECALA, Appellant; ANNA K. DEABOLD et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1043.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

NOVELTY SCENIC STUDIOS, INC., on Behalf of All Creditors of CHARLES V. MARTINA, Bankrupt, Appellant, v. CHARLES V. MARTINA et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1043.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

NICHOLAS J. YOERG, Appellant-Respondent, v. LOUIS HATTEM, Respondent, and CARRIGAN's NIAGARA DAIRY Co., INC., Defendant-Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1043.] Present — Cunningham, P. J., Taylor, Harris and McCurn, JJ.

In the Matter of the Petition of ELIZABETH A. HOLMES.— Petition dismissed upon the ground that the facts stated are insufficient to warrant action thereon. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Petition of ANNA E. ZIELINSKI.— Petition dismissed upon the ground that the facts so far presented are insufficient to warrant action thereon. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.